IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In Re:                                  *
                                        *   Case No. 18-13119 RAG
Dondra L. Davenport                     *   Chapter : 7
        Debtor(s)                       *
* * * * * * * * * * * * * * * * * * *   *
                                        *
Dondra L. Davenport                     *
        Plaintiff(s)                    *
vs.                                     *   Adversary Proceeding No. 18-00080
                                        *
                                        *
US Department of Education Fed Loan     *
        Defendant(s)  Servicing         *

**CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS**

I, Dondra L. Davenport (name), certify that service of this summons and a copy of the complaint was made Wed. April 10, 2018 (date of service) by: Certified mailing

☑ Mail Service: Regular, first class United States Mail, postage fully prepaid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)



If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _April 10, 2018_                          Signature: _Dondra L. Davenport_

Print Name _Dondra L. Davenport_
Business Address _2500 West North Ave._
City _Baltimore_      State _MD_      Zip _21216_

3/8/2011