**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:   Case No.: **18–13119 – RAG**   Chapter: **7**   Adversary No.: **18–00080**

**Dondra L. Davenport**
Debtor

**Dondra L. Davenport**
Plaintiff(s)

vs.

**US Department of Education**
Defendant(s)

## **CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS**

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date of service) by:

_____   Mail Service: Regular, first class United States Mail, postage fully prepaid addressed to:

_____   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____   Residence Service: By leaving the process with the following adult at:

_____   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____   Publication: The defendant was served as follows: (Describe briefly)

_____   State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____   Signature: _____

   Print Name _____

   Business Address _____

   City _____ State _____ Zip _____

sumprtps (rev. 03/08/2011)