United States Bankruptcy Court
District of Maryland

Davenport,
    Plaintiff                                              Adv. Proc. No. 18-00080-RAG

US Department of Education,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-1       User: dwalston       Page 1 of 1       Date Rcvd: Jun 25, 2018
                           Form ID: sumprtps     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
pla           +Dondra L. Davenport,    10621 Gramercy Place,    Unit 332,    Columbia, MD 21044-6093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
         William David Day    day@williamdaylaw.com,   victoria@williamdaylaw.com
                                                                                                                 TOTAL: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–13119 – RAG**   Chapter: **7**   Adversary No.: **18–00080**

**Dondra L. Davenport**
Debtor

**Dondra L. Davenport**
Plaintiff(s)

vs.

**US Department of Education**
Defendant(s)

## **CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS**

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date of service) by:

_____ Mail Service: Regular, first class United States Mail, postage fully prepaid addressed to:

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following adult at:

_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____ Publication: The defendant was served as follows: (Describe briefly)

_____ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____         Signature: _____

Print Name _____

Business Address _____

City _____ State _____ Zip _____

sumprtps (rev. 03/08/2011)