```
                       United States Bankruptcy Court
                             District of Maryland
```

Davenport,
      Plaintiff                                                      Adv. Proc. No. 18-00080-RAG

US Department of Education,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1        User: dwalston        Page 1 of 1        Date Rcvd: Jun 25, 2018
                         Form ID: sumprtrl      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
pla            +Dondra L. Davenport,    10621 Gramercy Place,    Unit 332,    Columbia, MD 21044-6093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
               William David Day    day@williamdaylaw.com,   victoria@williamdaylaw.com
                                                                                                                 TOTAL: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–13119 – RAG**   Chapter: **7**   Adversary No.: **18–00080**

**Dondra L. Davenport**
Debtor

**Dondra L. Davenport**
Plaintiff(s)

vs.

**US Department of Education**
Defendant(s)

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant(s):**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Dondra L. Davenport
> 10621 Gramercy Place
> Unit 332
> Columbia, MD 21044

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

> 9/18/18 at 02:00 PM

> 101 W. Lombard Street, Courtroom 1–B, Baltimore, MD 21201

Dated: 6/25/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

June 25th, 2018
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Form sumprtrl (rev. 06/2015)